IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00220-H

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : **ORDER OF FORFEITURE** |
| v. | : |
| | : |
| CLAUDE KING | : |

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on September 14, 2015, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as firearms and ammunition used in knowing violations of 18 U.S.C. §§ 922(g)(1) and 924, to wit:  (a) Phoenix Arms, .25 caliber handgun bearing serial number, 4254259 (b) Davis Industries, .32 caliber handgun bearing serial number P170831; and (c) all associated ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.    That based upon the Memorandum of Plea Agreement as to the defendant Claude King, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited

1

to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2.    That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED.    This _15_ day of October, 2015.

MALCOLM J. HOWARD
Senior United States District Judge

2